## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:                                                         BKY No. 15-42460

Paul R. Hansmeier,

    Debtor.

---

Paul R. Hansmeier,                                             ADV No. 17-4114

    Plaintiff,

vs.                                                            STIPULATION TO EXTEND TIME

Randall L. Seaver, Chapter 7 Trustee,

    Defendant.

---

The Plaintiff agrees to, and hereby does extend the time for the Defendant Randall L. Seaver, Trustee, to file an Answer or otherwise respond to Plaintiff's Complaint under Bankruptcy Rule 7012 through November 18, 2017 and consents to entry of an Order in the form attached hereto.

Dated: October 5, 2017

                                Matthew D. Swanson                # 390271
                                Fuller, Seaver, Swanson & Kelsch, P.A.
                                12400 Portland Avenue South, Suite 132
                                Burnsville, MN 55337

                                Attorney for Defendant

Dated: October 4, 2017

                                Paul R. Hansmeier, Plaintiff

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA**

BKY No. 15-42460

In re:

Paul R. Hansmeier,

    Debtor.

---

Paul R. Hansmeier,   ADV No. 17-4114

    Plaintiff,

vs.   **ORDER**

Randall L. Seaver, Chapter 7 Trustee,

    Defendant.

---

The time for the defendant Randall L. Seaver, Trustee to file an Answer or otherwise respond to the Plaintiff's Complaint under Bankruptcy Rule 7012 is hereby extended through November 18, 2017.

Dated: _____

Kathleen H. Sanberg
Chief United States Bankruptcy Judge