## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

BKY 15-42460

In re:

Paul R. Hansmeier,

    Debtor.

---

Paul R. Hansmeier,                                        ADV 17-4114

    Plaintiff,

v.                                                        **ORDER**

Randall L. Seaver, Chapter 7 Trustee,

    Defendant.

---

    Pursuant to the stipulation of the parties,

    IT IS ORDERED: The deadline for the defendant to file an answer or otherwise respond to the plaintiff's complaint under Bankruptcy Rule 7012 is extended through November 18, 2017.

Dated: *October 11, 2017*

/e/ Kathleen H. Sanberg
_____
Kathleen H. Sanberg
Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *10/11/2017*
Lori Vosejpka, Clerk, by LH