# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

BKY 15-42460

In re:

Paul R. Hansmeier,

    Debtor.

---

Paul R. Hansmeier,      ADV 17-4114

    Plaintiff,

v.      **ORDER**

Randall L. Seaver, Chapter 7 Trustee,

    Defendant.

---

Pursuant to the stipulation of the parties,

IT IS ORDERED: The deadline for the defendant to file an answer or otherwise respond to the plaintiff's complaint under Bankruptcy Rule 7012 is extended through November 18, 2017.

Dated: October 11, 2017

/e/ Kathleen H. Sanberg
_____
Kathleen H. Sanberg
Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *10/11/2017*
Lori Vosejpka, Clerk, by LH

```
                         United States Bankruptcy Court
                              District of Minnesota
HANSMEIER,
         Plaintiff                                          Adv. Proc. No. 17-04114-KHS

  SEAVER,
         Defendant
```

# CERTIFICATE OF NOTICE

```
District/off: 0864-4          User: lynn                   Page 1 of 1          Date Rcvd: Oct 11, 2017
                              Form ID: pdf111              Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2017.
```
pla            +PAUL HANSMEIER,    9272 Cortland Alcove,    Woodbury, MN 55125-9115
dft            +RANDALL L SEAVER,    FULLER SEAVER & RAMETTE PA,    12400 PORTLAND AVE S STE 132,
                 BURNSVILLE, MN 55337-6805
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

                    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2017 at the address(es) listed below:
              Matthew D. Swanson    on behalf of Defendant RANDALL L SEAVER mswanson@fssklaw.com
                                                                                              TOTAL: 1