# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

|  |  |
|---|---|
| In re: | BKY No. 15-42460 |
| Paul R. Hansmeier, | |
| Debtor. | |
| Paul R. Hansmeier, | ADV No. 17-4114 |
| Plaintiff, | |
| vs. | STIPULATION TO EXTEND TIME |
| Randall L. Seaver, Chapter 7 Trustee, | |
| Defendant. | |

The Plaintiff agrees to, and hereby does extend the time for the Defendant Randall L. Seaver, Trustee, to file an Answer or otherwise respond to Plaintiff's Complaint under Bankruptcy Rule 7012 through January 18, 2018 and consents to entry of an Order in the form attached hereto.

Dated: November 16, 2017

Matthew D. Swanson    # 390271
Fuller, Seaver, Swanson & Kelsch, P.A.
12400 Portland Avenue South, Suite 132
Burnsville, MN 55337

Attorney for Defendant

Dated: November 5, 2017

Paul R. Hansmeier, Plaintiff

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

BKY No. 15-42460

In re:

Paul R. Hansmeier,

    Debtor.

---

Paul R. Hansmeier,    ADV No. 17-4114

    Plaintiff,

vs.    **ORDER**

Randall L. Seaver, Chapter 7 Trustee,

    Defendant.

---

The time for the defendant Randall L. Seaver, Trustee to file an Answer or otherwise respond to the Plaintiff's Complaint under Bankruptcy Rule 7012 is hereby extended through January 18, 2018.

Dated: _____

Kathleen H. Sanberg
Chief United States Bankruptcy Judge