## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

BKY No. 15-42460

In re:

Paul R. Hansmeier,

    Debtor.

---

Paul R. Hansmeier,       ADV No. 17-4114

    Plaintiff,

vs.       **ORDER**

Randall L. Seaver, Chapter 7 Trustee,

    Defendant.

---

The time for the defendant Randall L. Seaver, Trustee to file an Answer or otherwise respond to the Plaintiff's Complaint under Bankruptcy Rule 7012 is hereby extended through January 18, 2018.

Dated: *November 17, 2017*       /e/ Kathleen H. Sanberg

                                                         Kathleen H. Sanberg
                                                         Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *11/17/2017*
Lori Vosejpka, Clerk, by TT