# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

BKY No. 15-42460

In re:

Paul R. Hansmeier,

    Debtor.

---

Paul R. Hansmeier,       ADV No. 17-4114

    Plaintiff,

vs.       **ORDER**

Randall L. Seaver, Chapter 7 Trustee,

    Defendant.

---

    The time for the defendant Randall L. Seaver, Trustee to file an Answer or otherwise respond to the Plaintiff's Complaint under Bankruptcy Rule 7012 is hereby extended through January 18, 2018.

Dated: *November 17, 2017*

/e/ Kathleen H. Sanberg
Kathleen H. Sanberg
Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *11/17/2017*
Lori Vosejpka, Clerk, by TT

United States Bankruptcy Court
District of Minnesota

HANSMEIER,
    Plaintiff

Adv. Proc. No. 17-04114-KHS

SEAVER,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0864-4     User: tammy     Page 1 of 1     Date Rcvd: Nov 17, 2017
                      Form ID: pdf111    Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2017.
```
ust            +L. Ashley Zubal,    Office of the United States Trustee,    Department of Justice,
                210 Walnut Street,    Suite 793,    Des Moines, IA 50309-2106
pla            +PAUL HANSMEIER,    9272 Cortland Alcove,    Woodbury, MN 55125-9115
dft            +RANDALL L SEAVER,    FULLER SEAVER & RAMETTE PA,    12400 PORTLAND AVE S STE 132,
                BURNSVILLE, MN 55337-6805
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust            +E-mail/Text: ustpregion12.mn.ecf@usdoj.gov Nov 17 2017 21:26:45     Daniel M McDermott,
                United States Trustee,    1015 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
ust            +E-mail/Text: ustpregion12.dm.ecf@usdoj.gov Nov 17 2017 21:26:49     James L. Snyder,
                210 Walnut Street, Room 793,    Des Moines, IA 50309-2106
ust            +E-mail/Text: ustpregion12.mn.ecf@usdoj.gov Nov 17 2017 21:26:45     US Trustee,
                1015 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
                                                                                              TOTAL: 3
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2017                                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2017 at the address(es) listed below:
        Matthew D. Swanson    on behalf of Defendant RANDALL L SEAVER mswanson@fssklaw.com
                                                                                                                                                        TOTAL: 1