# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | BKY No. 15-42460 |
| Paul Hansmeier, | |
| Debtor. | |

| | |
|---|---|
| Paul Hansmeier, | ADV No. 17-04114 |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL** |
| Randall L. Seaver, Trustee, | |
| Defendant. | |

The parties to this adversary proceeding entered into a settlement agreement which was approved by the bankruptcy court on December 6, 2017. Pursuant to the parties agreement they herby stipulate to the dismissal of Adversary Proceeding No. 17-04114 with prejudice and without an award of costs. The parties consent to entry of an order in the form attached hereto.

Dated: December 11, 2017

By: _____
Matthew D. Swanson　　0390271
Fuller, Seaver, Swanson & Kelsch, P.A.
12400 Portland Avenue South, Suite 132
Burnsville, MN 55337

Attorney for the Trustee, Randall L. Seaver

Dated: 12/11, 2017

By: _____
Paul R. Hansmeier

Case 17-04114   Doc 9   Filed 12/11/17   Entered 12/11/17 12:01:40   Desc Main
          Document        Page 2 of 2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:                                                                                                       BKY No. 15-42460

Paul Hansmeier,

       Debtor.

---

Paul Hansmeier,                                                                       ADV No. 17-04114

       Plaintiff,

vs.                                                                                                **ORDER**

Randall L. Seaver, Trustee,

       Defendant.

---

      Pursuant to the stipulation entered into by the parties and filed with this court, Adversary Proceeding Number 17-04114 is hereby dismissed with prejudice and without an award of costs.

Dated:                                                              _____

                                                                                 Kathleen H. Sanberg
                                                                                 Chief United States Bankruptcy Judge